# Court of Appeals
# of the State of Georgia

ATLANTA,　January 08, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0790. FERMIN BRITO v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

Federal National Mortgage Association sought a writ of possession against Fermin Brito. Pending resolution, Federal National Mortgage Association filed a motion to compel payment of rent into the court registry. The trial court granted the motion, and Brito filed this direct appeal. We lack jurisdiction.

The order compelling payment of rent into the court registry is not a final order because the dispossessory action remains pending below. See *Rivera v. Housing Authority of Fulton County*, 163 Ga. App. 648 (295 SE2d 336) (1982). Thus, Brito was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b) by obtaining a certificate of immediate review from the trial court within the requisite time period and by filing an application with this Court. See *Smith & Wesson Corp. v. City of Atlanta*, 273 Ga. 431, 435 (3) (543 SE2d 16) (2001). His failure to comply with these requirements deprives this Court of jurisdiction to consider his appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
　Clerk's Office, Atlanta, 01/08/2013
　I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
　Witness my signature and the seal of said court hereto affixed the day and year last above written.

, *Clerk.*